Order Issued November 9, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00451-CV

### JULIAN AYMETT, Appellant

### V.

### CITIBANK (SOUTH DAKOTA), N.A., Appellee

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-04983-I**

# O R D E R

The Court has before it appellee Citibank (South Dakota), N.A.'s November 9, 2012 unopposed motion to reset oral argument scheduled for 9:00 a.m., November 13, 2012. The Court **GRANTS** the motion to reset oral argument. The appeal will be rescheduled in due course for submission, and the parties will be notified of the resetting.

ROBERT M. FILLMORE
PRESIDING JUSTICE